UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE L. MOSELEY,

                    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                    Defendant.

Case No. C11-5323 JRC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

DATED this 28th day of April, 2011.

                                    J. Richard Creatura
                                    United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1