1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
3                                  AT TACOMA

4

SUZANNE L. MOSELEY,

5                              Plaintiff,                    CASE NO. C11-5323BHS

6   v.                                                      ORDER ADOPTING REPORT
                                                            AND RECOMMENDATION
7   MICHAEL J. ASTRUE,

8                              Defendant.

9

10          This matter comes before the Court on the Report and Recommendation ("R&R")

11   of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 25. The Court

12   having considered the R&R and the remaining record, and no objections having been

13   filed, does hereby find and order as follows:

14          (1)     The R&R is **ADOPTED**;

15          (2)     Defendant's decision is **REVERSED**; and

16          (3)     This action is **REMANDED** for further administrative proceedings in
                    accordance with the findings contained in the R&R.
17

18          Dated this 18th day of July, 2012.

19

20                                              _____
                                                BENJAMIN H. SETTLE
21                                              United States District Judge

22

ORDER